

**FILED**

NOV **1 3** 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAMES D. WILLIAMS and
JESSICA SWEENEY WILLIAMS

No. 18 CR 339

Violations: Title 18, United States
Code, Sections 371, 2113(a),
922(d)(1), 922(g)(1), and 924(c)

**Third Superseding Indictment**

JUDGE BLAKEY

MAGISTRATE JUDGE ROWLAND

<u>COUNT ONE</u>

The SPECIAL JANUARY 2019 GRAND JURY charges:

1.    At times material to this indictment:

a.    Old Second National Bank was a bank with a branch located at 323 East Norris Drive, Ottawa, Illinois (hereinafter "Old Second National Bank"), the deposits of which were then insured by the Federal Deposit Insurance Corporation.

b.    Norstates Bank was a bank with a branch located at 5384 Grand Avenue, Gurnee, Illinois (hereinafter "Norstates Bank"), the deposits of which were then insured by the Federal Deposit Insurance Corporation.

c.    Aurora Bank & Trust was a bank with a branch located at 2287 West Galena Boulevard, Aurora, Illinois (hereinafter "Aurora Bank & Trust"), the deposits of which were then insured by the Federal Deposit Insurance Corporation.

1

2.      From on or about May 10, 2018, and continuing through on or about May 31, 2018, in the Northern District of Illinois, Eastern Division,

JAMES D. WILLIAMS,

defendant herein, conspired with Alexis T. Handelman to commit an offense against the United States, namely, to take by force and violence, and by intimidation, from the person and presence of a bank employee, United States currency belonging to and in the care, custody, control, management and possession of a bank, in violation of Title 18, United States Code, Sections 2113(a).

3.      It was part of the conspiracy that JAMES D. WILLIAMS and Handelman sought and identified banks as robbery targets, such as the Old Second National Bank, Norstates Bank, and Aurora Bank & Trust.

4.      It was further part of the conspiracy that JAMES D. WILLIAMS and Handelman obtained and used articles to disguise their appearances during the robberies, such as masks, hats, kerchiefs, hooded sweatshirts, gloves, and sunglasses.

5.      It was further part of the conspiracy that JAMES D. WILLIAMS obtained firearms for use during the robberies, including a rifle and a pistol.

6.      It was further part of the conspiracy that JAMES D. WILLIAMS and Handelman agreed that JAMES D. WILLIAMS would possess, brandish, and use firearms to intimidate, threaten, and force bank employees to follow their verbal commands during the robberies, while Handelman collected cash from bank employees in a bag while also making verbal commands.

2

7.     It was further part of the conspiracy that JAMES D. WILLIAMS and Handelman used vehicles which had been rented or borrowed from others to drive to the banks and flee from the robberies.

Overt Acts

8.     In furtherance of and to effect the object of the conspiracy, JAMES D. WILLIAMS and Handelman committed and caused to be committed the following overt acts, among others, in the Northern District of Illinois:

a.     On or about May 11, 2018, JAMES D. WILLIAMS purchased gloves at a store in Ottawa, Illinois.

b.     On or about May 11, 2018, JAMES D. WILLIAMS and Handelman robbed the Old Second National Bank in Ottawa, Illinois, obtaining approximately $9,365 in United States currency. JAMES D. WILLIAMS and Handelman traveled to and fled from the bank in a red sedan. JAMES D. WILLIAMS was armed with a rifle. JAMES D. WILLIAMS and Handelman wore sunglasses, hats, and gloves while committing the robbery.

c.     On or about May 15, 2018, JAMES D. WILLIAMS rented a blue Nissan Rogue from Enterprise Rent-a-Car.

d.     On or about May 21, 2018, JAMES D. WILLIAMS and Handelman robbed the Norstates Bank, obtaining approximately $5,159 in United States currency. JAMES D. WILLIAMS and Handelman traveled to and fled from the bank in the rented blue Nissan Rogue. JAMES D. WILLIAMS was armed with a

3

rifle. JAMES D. WILLIAMS and Handelman wore masks, hooded sweatshirts, and gloves while committing the robbery.

       e.    On or about May 22, 2018, JAMES D. WILLIAMS returned the blue Nissan Rogue to Enterprise Rent-a-Car and exchanged it for a black Ford Fusion.

       f.    On or about May 31, 2018, JAMES D. WILLIAMS and Handelman robbed the Aurora Bank & Trust, obtaining approximately $134,547 in United States currency. JAMES D. WILLIAMS and Handelman traveled to and fled from the bank in the rented black Ford Fusion. JAMES D. WILLIAMS was armed with a rifle and a pistol. JAMES D. WILLIAMS and Handelman wore kerchiefs, hooded sweatshirts, and gloves while committing the robbery.

      9.    It was further part of the conspiracy that JAMES D. WILLIAMS and Handelman concealed and hid, and caused to be concealed and hidden, the purposes of the acts done in furtherance of the conspiracy.

In violation of Title 18, United States Code, Section 371.

<u>COUNT TWO</u>

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 11, 2018, in the Northern District of Illinois, Eastern Division,

JAMES D. WILLIAMS,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $9,365 in United States currency belonging to and in the care, custody, control, management, and possession of Old Second National Bank, located at 323 East Norris Drive, Ottawa, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

COUNT THREE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 11, 2018, in the Northern District of Illinois, Eastern Division,

JAMES D. WILLIAMS,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, bank robbery, in violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count Two of this Third Superseding Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

<u>COUNT FOUR</u>

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 21, 2018, in the Northern District of Illinois, Eastern Division,

JAMES D. WILLIAMS,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $5,159 in United States currency belonging to and in the care, custody, control, management, and possession of Norstates Bank, located at 5384 Grand Avenue, Gurnee, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

<u>COUNT FIVE</u>

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 21, 2018, in the Northern District of Illinois, Eastern Division,

JAMES D. WILLIAMS,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, bank robbery, in violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count Four of this Third Superseding Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

<u>COUNT SIX</u>

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 31, 2018, in the Northern District of Illinois, Eastern Division,

JAMES D. WILLIAMS,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $134,547 in United States currency belonging to and in the care, custody, control, management, and possession of Aurora Bank & Trust, located at 2287 West Galena Boulevard, Aurora, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

<u>COUNT SEVEN</u>

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 31, 2018, in the Northern District of Illinois, Eastern Division,

JAMES D. WILLIAMS,

defendant herein, did use, carry, brandish, and discharge a firearm, namely, a rifle and a loaded Springfield XD .45 caliber pistol, bearing serial number XD728679, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, bank robbery, in violation of Title 18, United States Code, Section 2113(a), as more fully set forth in Count Six of this Third Superseding Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (iii).

## COUNT EIGHT

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 31, 2018, in the Northern District of Illinois, Eastern Division,

### JAMES D. WILLIAMS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Springfield XD .45 caliber pistol, bearing serial number XD728679, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1.    At times material to this indictment:

      a.    Defendant JAMES D. WILLIAMS was convicted of a crime punishable by imprisonment for a term exceeding one year, and, as such, could not lawfully acquire or possess a firearm or firearm ammunition.

      b.    Defendant JESSICA SWEENEY WILLIAMS possessed a valid Illinois Firearm Owner's Identification Card, which allowed her to acquire and possess firearms and firearm ammunition.

      c.    JAMES D. WILLIAMS and JESSICA SWEENEY WILLIAMS were married.

      d.    Company A was a licensed firearms dealer located in Roselle, Illinois.

      e.    On or about February 24, 2018, JESSICA SWEENEY WILLIAMS purchased a Zastava NPAP M40 rifle, bearing serial number N-PAP041234 ("Firearm A"), from Company A.

      f.    Company B was a licensed firearms dealer located in East Dundee, Illinois.

2.    Beginning on or about February 22, 2018, and continuing until on or about August 1, 2018, in the Northern District of Illinois, Eastern Division,

           JAMES D. WILLIAMS and
           JESSICA SWEENEY WILLIAMS,

12

defendants herein, did conspire with each other to commit an offense against the United States, namely, to dispose of a firearm and ammunition to a person knowing and having reasonable cause to believe that such person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d)(1).

3.     It was part of the conspiracy that JAMES D. WILLIAMS and JESSICA SWEENEY WILLIAMS devised a plan to transfer firearms and ammunition purchased by JESSICA SWEENEY WILLIAMS to JAMES D. WILLIAMS.

4.     It was further part of the conspiracy that, between on or about February 24, 2018, and on or about May 11, 2018, JESSICA SWEENEY WILLIAMS and JAMES D. WILLIAMS, knowing and having reasonable cause to believe that JAMES D. WILLIAMS had been convicted of a crime punishable by imprisonment for a term exceeding one year, transferred and caused to be transferred Firearm A from JESSICA SWEENEY WILLIAMS to JAMES D. WILLIAMS.

5.     It was further part of the conspiracy that, on or about May 1, 2018, JAMES D. WILLIAMS instructed JESSICA SWEENEY WILLIAMS to purchase ammunition on his behalf for Firearm A. That same day, JAMES D. WILLIAMS and JESSICA SWEENEY WILLIAMS purchased and caused to be purchased ammunition, namely Winchester 7.62 x 39 millimeter full metal jackets (the "Ammunition"), for Firearm A.

6.     It was further part of the conspiracy that JAMES D. WILLIAMS and JESSICA SWEENEY WILLIAMS agreed to have JESSICA SWEENEY WILLIAMS

purchase a firearm smaller than Firearm A and transfer that smaller firearm from JESSICA SWEENEY WILLIAMS to JAMES D. WILLIAMS.

7. It was further part of the conspiracy that, on or about May 27, 2018, JESSICA SWEENEY WILLIAMS purchased a firearm, namely a Springfield XD .45 caliber pistol, bearing serial number XD728679 ("Firearm B"), from Company B.

8. It was further part of the conspiracy that, between on or about May 27, 2018, and on or about May 31, 2018, JESSICA SWEENEY WILLIAMS and JAMES D. WILLIAMS, knowing and having reasonable cause to believe that JAMES D. WILLIAMS had been convicted of a crime punishable by imprisonment for a term exceeding one year, transferred and caused to be transferred Firearm B from JESSICA SWEENEY WILLIAMS to JAMES D. WILLIAMS.

9. It was further part of the conspiracy that JAMES D. WILLIAMS and JESSICA SWEENEY WILLIAMS did conceal and hide, and caused to be concealed and hidden, the existence of and acts done in furtherance of the conspiracy.

Overt Acts

10. In furtherance of and to effect the object of the conspiracy, JAMES D. WILLIAMS and JESSICA SWEENEY WILLIAMS committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

a. On or about May 1, 2018, JAMES D. WILLIAMS sent JESSICA SWEENEY WILLIAMS a text message instructing JESSICA SWEENEY WILLIAMS to purchase 7.62 x 39 millimeter ammunition.

b.      On or about May 1, 2018, JESSICA SWEENEY WILLIAMS purchased Winchester 7.62 x 39 millimeter ammunition.

c.      On or about May 22, 2018, JAMES D. WILLIAMS and JESSICA SWEENEY WILLIAMS traveled to Company B.

d.      On or about May 27, 2018, JESSICA SWEENEY WILLIAMS received Firearm B from Company B.

e.      On or about May 27, 2018, JESSICA SWEENEY WILLIAMS transferred Firearm B to JAMES D. WILLIAMS.

In violation of Title 18, United States Code, Section 371.

## COUNT TEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

Between on or about February 24, 2018 and on or about May 8, 2018, in the Northern District of Illinois, Eastern Division,

### JESSICA SWEENEY WILLIAMS,

defendant herein, did knowingly dispose of a firearm, namely a Zastava NPAP M40 rifle, bearing searing number N-PAP041234, to JAMES D. WILLIAMS knowing and having reasonable cause to believe that JAMES D. WILLIAMS had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

16

## COUNT ELEVEN

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 1, 2018, in the Northern District of Illinois, Eastern Division,

### JESSICA SWEENEY WILLIAMS,

defendant herein, did knowingly dispose of ammunition, namely Winchester 7.62x39 millimeter full metal jacket cartridges, to JAMES D. WILLIAMS knowing and having reasonable cause to believe that JAMES D. WILLIAMS had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

17

COUNT TWELVE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about May 27, 2018, in the Northern District of Illinois, Eastern Division,

JESSICA SWEENEY WILLIAMS,

defendant herein, did knowingly dispose of a firearm, namely a Springfield XD .45 caliber pistol, bearing searing number XD728679, to JAMES D. WILLIAMS knowing and having reasonable cause to believe that JAMES D. WILLIAMS had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

18

## FORFEITURE ALLEGATION ONE

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1.     Upon conviction of an offense in violation of Title 18, United States Code, Section 2113(a), as set forth in this Third Superseding Indictment, defendant JAMES D. WILLIAMS shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.     The property to be forfeited includes, but is not limited to:

   a.     approximately $8,900 seized by law enforcement on May 31, 2018, from defendant JAMES D. WILLIAMS' person; and

   b.     approximately $10,000 seized by law enforcement on December 7, 2018, from Individual A.

3.     If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

## FORFEITURE ALLEGATION TWO

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6), as set forth in this Third Superseding Indictment, defendant JESSICA SWEENEY WILLIAMS shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a Springfield XD .45 caliber pistol, bearing serial number XD728679, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY